# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **GARY ROWE,** *individually and on behalf of all others similarly situated*, <br><br> **Plaintiff,** <br><br> v. <br><br> **PARKER HANNIFIN CORPORATION,** <br><br> **Defendant.** | Case No. 2:22-cv-02222-EAS-EPD <br><br> Judge Edmund A. Sargus |

## PLANTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Gary Rowe ("Plaintiff"), by and through his attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice of the dismissal of all claims in this case against Defendant Parker Hannifin Corporation, without prejudice. This notice of dismissal is being filed with the Court by Plaintiff before Defendant's filing and/or service of either an answer or a motion for summary judgment.

    Respectfully submitted,

/*s/ Terence R. Coates*
Terence R. Coates (0085579)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*

*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 23, 2022, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Terence R. Coates*
                                        Terence R. Coates (0085579)